No. 336. WHEELER v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Robert M. Taylor* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States. ■

No. 337. MENDOZA v. VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. *Louis B. Fine* for petitioner.

No. 342. WILSON ET AL. v. CITY OF LONG BRANCH ET AL. Supreme Court of New Jersey. Certiorari denied. *Theodore D. Parsons* and *William R. Blair, Jr.* for petitioners. *Edward F. Juska* and *Clarkson S. Fisher* for the City of Long Branch, respondent. *David D. Furman,* Attorney General of New Jersey, filed a brief as intervenor, opposing the petition. With him on the brief was *Stephen F. Lichtenstein,* Deputy Attorney General.

No. 345. MOODY v. KAGAN ET AL. Court of Civil Appeals of Texas, First Supreme Judicial District. Certiorari denied. *R. Dean Moorhead* for petitioner. *Harry Dow* for respondents.

No. 346. GIACONA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *William F. Walsh* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 354. SHARGAA v. FLORIDA. Supréme Court of Florida. Certiorari denied. *L. J. Cushman* for petitioner.